IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN, THE DISTRICT OF COLUMBIA, AND THE CITY OF CHICAGO ex rel. FRANK KURNIK, <br><br>Plaintiffs,<br>v.<br><br>AMGEN INC., et al.<br><br>Defendants. | No. 3:11-cv-01464-JFA |

**ORDER OF DISMISSAL OF CLAIMS AGAINST AMGEN INC.**

In the above-captioned matter, the United States filed a Notice of Intervention as to Claims Against Amgen Inc. ECF No. 33. Pursuant to Federal Rule of Civil Procedure 41(a)(1) and 31 U.S.C. § 3730(b)(1), the United States also filed a Stipulation of Dismissal of Claims Against Amgen Inc. ECF No. 34. Upon due consideration of the Stipulation, the Notice and the papers on file in this action,

IT IS ORDERED that,

1.  Consistent with the terms of the April 3, 2013 Settlement Agreement between the United States, Relator and Amgen, Inc., all civil monetary claims asserted on behalf of the

2

United States against Amgen Inc. concerning the Covered Conduct as defined in the preamble of Paragraph E of the Settlement Agreement shall be dismissed with prejudice.

2.  Any other claims asserted on behalf of the United States against Amgen Inc. shall be dismissed without prejudice to the United States.

3.  Any other claims asserted on behalf of the United States against Amgen Inc. shall be dismissed with prejudice to the relator.

4.  No claim or allegation other than those specifically identified in the stipulation and herein shall be dismissed at this time. This Order has no effect on claims or allegations against any other defendants.

IT IS SO ORDERED.

April 15, 2013  
Columbia, South Carolina

Joseph F. Anderson, Jr.  
United States District Judge