IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, and the STATES OF CALIFORNIA, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WISCONSIN, THE DISTRICT OF COLUMBIA, AND THE CITY OF CHICAGO ex rel. FRANK KURNIK,<br><br>        Plaintiffs,<br>v.<br><br>AMGEN, INC., et al.<br><br>        Defendants. | No. 3:11-cv-01464-JFA<br><br>**ORDER** |

The United States, having intervened in part of this action for the purpose of settlement, the Court rules as follows:

IT IS ORDERED that,

1. The relator's Complaint shall be unsealed in redacted form as attached to the United States' Notice;

2. The Government's Notice of Intervention as to claims against Amgen Inc. (ECF No. 33), the Stipulation of Dismissal (ECF No. 34), the Court's Order dismissing the claims against Amgen Inc. (ECF No. 35), and this Order be unsealed; and

3. All other papers or Orders on file in this matter shall remain under seal.

2

IT IS SO ORDERED.

April 15, 2013                                                    Joseph F. Anderson, Jr.
Columbia, South Carolina                                  United States District Judge

2