**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| United States of America, and the States of California, Connecticut, Delaware, Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Massachusetts, Michigan, Minnesota, Montana, Nevada, New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode Island, Tennessee, Texas, Virginia, Wisconsin, the District of Columbia, and the city of Chicago *ex rel.* Frank Kurnik, | ) ) ) ) ) ) ) ) ) ) ) | **C/A No.**: **3:11-cv-01464-JFA** |
| Plaintiffs, | ) ) | **FILED *EX PARTE* AND UNDER SEAL** |
| v. | ) ) | |
| Amgen, Inc., Omnicare, Inc., Pharmerica Corp., and Kindred Healthcare Inc,. | ) ) ) | |
| Defendants. | ) ) | |

**FOURTH AND FINAL ORDER EXTENDING THE SEAL PERIOD**

This matter is before the court on the United States' unopposed, *ex parte* motion under the False Claims Act, 31 U.S.C. § 3730(b)(3), for a six month extension of time up to and including November 22, 2013, in which to notify the court of its decision regarding intervention in the above-captioned False Claims Act *qui tam* action for claims against Defendants Omnicare, Inc., Pharmerica Corp., and Kindred Healthcare Inc. Upon consideration of the motion, it is this court's view that a three month extension is appropriate in this case. The court will not entertain further motions for extension of the seal period absent exceptional justification. Accordingly,

**IT IS HEREBY ORDERED** that the United States shall have until and including August 22, 2013, to intervene in the above-captioned action or to notify the court that it declines

to do so for claims against Defendants, Omnicare, Inc., Pharmerica Corp., and Kindred Healthcare, Inc;

**IT IS FURTHER ORDERED** that the complaint and all other filings, except as permitted by prior order of this court, shall otherwise remain under the seal provisions currently in effect.

IT IS SO ORDERED.

May 28, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge