UNITED STATES DISTRICT COURT
FOF THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA, and the
STATE OF CALIFORNIA, CONNECTICUT,
DELAWARE, FLORIDA, GEORGIA, HAWAII,
ILLINOIS, INDIANA, LOUISIANA,
MASSACHUSETTS, MICHIGAN, MINNESOTA,
MONTANA, NEVADA, NEW HAMPSHIRE,
NEW JERSEY, NEW MEXICO, NEW YORK,
NORTH CAROLINA, OKLAHOMA, RHODE
ISLAND, TENNESSEE, TEXAS, VIRGINIA,
WISCONSIN, THE DISTRICT OF COLUMBIA,          No: 3:11-cv-01464-JFA
and THE CITY OF CHICAGO,
*ex rel.* FRANK KURNIK,

             Plaintiffs,

   v.

AMGEN INC., et al.

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

### STIPULATON OF DISMISSAL OF THE STATES' CLAIMS AGAINST DEFENDANT AMGEN INC.

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) and in accordance with the

terms of the State Settlement Agreements, dated April 2, 2013, between the States, relator Frank

Kurnik ("relator") and Amgen Inc. (the "State Settlement Agreements"), the parties hereby

stipulate, through the undersigned counsel, to the entry of an order: (1) dismissing with prejudice

all civil monetary claims asserted on behalf of the States of California, Connecticut, Delaware,

Florida, Georgia, Hawaii, Illinois, Indiana, Louisiana, Michigan, Minnesota, Montana, Nevada,

New Hampshire, New Jersey, New Mexico, New York, North Carolina, Oklahoma, Rhode

Island, Tennessee, Texas, and Wisconsin, the Commonwealths of Massachusetts and Virginia

and the District of Columbia, (collectively, the "States") against Amgen concerning the Covered

Conduct as defined in Paragraph E of the State Settlement Agreements; (2) dismissing without prejudice to the States any other claims in the complaint asserted on behalf of the States against Amgen; (3) dismissing with prejudice to the relator all claims asserted against Amgen.

This stipulation has no effect on claims or allegations against any defendants other than Amgen that were named in the *qui tam* action. The parties stipulate further than no claim or allegation other than those specifically identified in this stipulation shall be dismissed at this time.

Relator, on behalf of himself, his heirs, successors, attorneys, agents and assigns, stipulates that the Settlement Amount set forth in the State Settlement Agreements and the terms and conditions described therein are fair, adequate and reasonable under all the circumstances, that he will not challenge the settlements and that he expressly waives any opportunity he may have for a hearing on any objection to the State Settlement Agreements.

The Parties respectfully request that the Court enter an order in the form of the proposed order attached hereto.

Respectfully submitted,

ON BEHALF OF THE STATES OF CALIFORNIA,
CONNECTICUT, DELAWARE, FLORIDA, GEORGIA,
HAWAII, ILLINOIS, INDIANA, LOUISIANA,
MICHIGAN, MINNESOTA, MONTANA, NEVADA,
NEW HAMPSHIRE, NEW JERSEY, NEW MEXICO,
NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE
ISLAND, TENNESSEE, TEXAS, WISCONSIN, THE
COMMONWEALTHS OF MASSACHUSETTS AND
VIRGINIA, and THE DISTRICT OF COLUMBIA,

ERIC T. SCHNEIDERMAN
Attorney General of the State of New York

2

By: _____    DATED: 7/19/13
CAROLYN T. ELLIS
Special Assistant Attorney General
Civil Enforcement Division
Medicaid Fraud Control Unit
120 Broadway, 13th Floor
New York, NY 10271
(212) 417-5384


ON BEHALF OF RELATOR FRANK KURNIK

_____    DATED: 7/3/13
RICHARD A. HARPOOTLIAN
Richard Harpootlian, P.A.
P.O. Box 1090
Columbia, SC  29202
(803) 252-4848


ON BEHALF OF DEFENDANT AMGEN INC.

_____
DWIGHT DRAKE
THAD WESTBROOK
Nelson Mullins Riley & Scarborough LLP
Meridian, 17th Floor
1320 Main Street
Columbia, SC 29201


_____    DATED: 7/26/13
DAVID S. ROSENBLOOM
McDermott Will & Emery
227 West Monroe Street
Chicago, IL  60606
(312) 984-7759

3