IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| United States of America, ex rel., Frank Kurnik, et al., | ) ) ) | C/A: 3:11-1464-JFA |
| Plaintiffs, | ) ) | ORDER |
| vs. | ) ) | |
| Omnicare, Inc.; Pharmerica Corp; and Kindred Healthcare, Inc., | ) ) ) | |
| Defendants. | ) ) | |

Upon receipt of the government's response to this court's order of November 26, 2013, the court hereby modifies that order so as to provide that all orders of the court, all notices of appeal, and all motions and supporting memoranda be served upon the United States.

IT IS SO ORDERED.

December 27, 2013
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge