**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. )<br>FRANK KURNIK, et al., )<br>    ) <br>        Plaintiffs, )<br>    )<br>v. )<br>    )<br>OMNICARE INC., PHARMERICA )<br>CORP., and KINDRED )<br>HEALTHCARE INC. )<br>    )<br>        Defendants. ) | C/A No. 3:11-cv-01464-JFA<br><br><br><br><br><br>**ORDER** |

The United States shall serve the complaint, and any amended complaint, upon Defendant Omnicare, Inc., or file a notice of dismissal of claims against Defendant Omnicare, by February 28, 2014.

IT IS SO ORDERED.

February 3, 2014                                          Joseph F. Anderson, Jr.
Columbia, South Carolina                           United States District Judge