# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

UNITED STATES OF AMERICA, ex rel.    )
FRANK KURNIK, et al.,    )
    )
    Plaintiffs,    )
    )
    v.    )
    )    CA No. 3:11-cv-01464-JFA
OMNICARE, INC., PHARMERICA    )
CORPORATION, and KINDRED    )
HEALTHCARE INC.    )
    )
    Defendants.    )

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST
## DEFENDANT OMNICARE, INC.

Pursuant to the qui tam provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms of the February 27, 2014, Settlement Agreement between the United States, Omnicare, Inc. ("Omnicare"), and relator Frank Kurnik ("relator"), these Parties hereby stipulate, through their undersigned counsel, to the entry of an order: (1) dismissing with prejudice all civil monetary claims asserted on behalf of the United States against Omnicare concerning the Covered Conduct as defined in the Preamble of Paragraph E of the Settlement Agreement; (2) dismissing with prejudice to the relator any other claims asserted on behalf of the United States against Omnicare; and (3) dismissing without prejudice to the United States any other claims in the complaint asserted on behalf of the United States against Omnicare.

Relator, on behalf of himself, his heirs, successors, attorneys, agents, and assigns, stipulates that the Settlement Amount set forth in the February 27, 2014 Settlement Agreement and the terms and conditions described therein are fair, adequate and reasonable under all the circumstances, that he will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B),

and that he expressly waives the opportunity for a hearing on any objection to the Settlement

Agreement pursuant to 31 U.S.C. § 3730(c)(2)(B).

The Parties respectfully request that the Court enter an order in the form of the attached

proposed order.

Respectfully submitted,

ON BEHALF OF THE UNITED STATES:

STUART DELERY
ASSISTANT ATTORNEY GENERAL


By:    JEFFREY A. WERTKIN            DATED:  February 27, 2014
       Trial Attorney, Civil Division
       Department of Justice
       Post Office Box 261
       Ben Franklin Station
       Washington, DC  20044


       WILLIAM N. NETTLES
       UNITED STATES ATTORNEY


By:    s/ FRANCES C. TRAPP
       FRANCES C. TRAPP (#6376)          DATED:  February 26, 2014
       Assistant United States Attorney
       1441 Main Street, Suite 500
       Columbia, South Carolina 29201
       Telephone: 803-929-3058

ON BEHALF OF RELATOR FRANK KURNIK


       s/ RICHARD A. HARPOOTLIAN
       RICHARD A. HARPOOTLIAN          DATED:  February 26, 2014
       Richard Harpootlian, P.A.
       P.O Box 1090
       Columbia, SC 29202


2

ON BEHALF OF DEFENDANT OMNICARE, INC.


By:    BRIEN O'CONNOR            DATED:  February 27, 2014
       Ropes & Gray
       800 Boylston Street
       Boston, MA 02199
       (617) 951-7000