UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) <br> FRANK KURNIK, et al., ) <br>  ) <br> Plaintiffs, ) <br>  ) <br> v. ) <br>  ) <br> OMNICARE, INC., PHARMERICA ) <br> CORPORATION, and KINDRED ) <br> HEALTHCARE INC. ) <br>  ) <br> Defendants. ) | CA No. 3:11-cv-01464-JFA |

**ORDER OF DISMISSAL OF CLAIMS AGAINST OMNICARE, INC.**

Pursuant to 31 U.S.C. § 3730(b)(1), the parties have filed a Stipulation of Dismissal of Claims Against Omnicare, Inc. Upon due consideration of the Stipulation and the papers on file in this action,

IT IS ORDERED that,

1. Consistent with the terms of the February 27, 2014, Settlement Agreement between the United States, Relator, and Omnicare, Inc., all civil monetary claims asserted on behalf of the United States against Omnicare, Inc. concerning the Covered Conduct as defined in the preamble of Paragraph E of the Settlement Agreement shall be dismissed with prejudice.

2. Any other claims asserted on behalf of the United States against Omnicare, Inc. shall be dismissed without prejudice to the United States.

3. Any other claims asserted on behalf of the United States against Omnicare, Inc. shall be dismissed with prejudice to the relator.

2

4.  The February 27, 2014 Settlement Agreement is in the best interest of the United States, Relator, and Omnicare, Inc., in order to avoid the delay, uncertainty, inconvenience, and expense of protracted litigation.

5.  In accordance with ECF No. 58, the Clerk is directed to UNSEAL the entire docket in this action.

IT IS SO ORDERED.

March 3, 2014                                   Joseph F. Anderson, Jr.
Columbia, South Carolina                        United States District Judge