IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, *et al.*,<br><br>    Plaintiffs,<br><br>    *Ex rel.*<br><br>Frank Kurnik<br><br>    Plaintiff-Relator,<br><br>v.<br><br>PharMerica Corp; and Kindred Healthcare Inc.,<br><br>    Defendants. | C/A No. 3:11-cv-01464-JFA<br><br><br><br>**ORDER** |

The Court has received the attached invoice from Professor James Flanagan, the Court's Special Master in this case. The parties are each directed to pay one-half of the total bill directly to Professor Flanagan as soon as reasonably possible.

IT IS SO ORDERED.

July 8, 2015
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge