Professor James F. Flanagan
Law Center
1701 South Main Street Rm. 317
Columbia, S.C. 29208
June 29, 2015

For professional services and expenses as special master in depositions in United States, *et al* Plaintiffs *ex rel.* Frank Kurnik Plaintiff-Relator vs. PharMerica Corp; and Kindred Healthcare Inc. Defendants C/A No 3:11-ev-01464-JFA, in Louisville, Kentucky June 26, 2015 as follows:

| | | |
|---|---|---|
| Attendance at depositions June 26, 2015, 6 hours | | $1500.00 |
| For time of preparation and travel to and from Louisville, Kentucky 12 hours | | 1200.00 |
| Expenses: | | |
| Airfare (Charlotte to Cincinnati) | 613.70 | |
| Hotel June 25 & 26 | 608.82 | |
| Rental car | 64.78 | |
| Food & incidentals June 25-27 | 160.22 | |
| | | 1447.52 |
| | | 4147.52 |