IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, ex rel. Frank Kurnik, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> Pharmerica Corp., Pharmerica Corp., Successor in interest to Pharmerica, Inc. and Kindred Healthcare, Inc. <br><br> Defendants. | C.A. No.  3:11-cv-1464- JFA <br><br><br> **NOTICE OF WITHDRAWAL OF MOTION FOR EXPEDITED HEARING TO DETERMINE AMOUNT AND VALIDITY OF LIEN AND REQUEST FOR DOCUMENTS** |

Plaintiff, Frank Kurnik through counsel and Grant & Eisenhofer (G&E) have reached an agreement regarding G&E's claim for fees and costs. Therefore, Plaintiff hereby withdraws his Motion for an expedited hearing to determine the validity and amount of the attorneys' charging lien filed by G&E. [Dkt. 256]. Plaintiff further requests that the hearing scheduled for November 12, 2015 on this motion be cancelled.

Respectfully submitted,

*/s/ Richard Harpootlian*
Richard A. Harpootlian, Fed. ID 1730
RICHARD A. HARPOOTLIAN, P.A.
1410 Laurel Street (29201)
P.O. Box 1090
Columbia, SC 29202
(803)252-4848
Facsimile (803) 252-4810
rah@harpootlianlaw.com

ATTORNEY FOR PLAINTIFF RELATOR

November 10, 2015